# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tamara Delilah Richardson                    Docket No. 5:21-CR-394-4D

**Petition for Action on Conditions of Pretrial Release**
Hearing Requested

    COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tamara Delilah Richardson, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 5th day of November, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about January 11, 2022, the defendant committed the offenses of Reckless Driving While License Revoked, and Speeding (22CR700169) in Duplin County, North Carolina. On January 13, 2022, the defendant committed the offenses of Driving While License Revoked, Expired Registration Card/Tag, and Speeding (22CR700289) in Nash County, North Carolina. The defendant's license has been suspended for several years as a result of her failures to appear in court for other traffic related offenses, as well as her failure to pay fines for previously adjudicated offenses.

Additionally, the defendant, having been ordered to have no contact, either directly or indirectly, with any and all co-defendants, has had contact with co-defendant Shaher Bahjat Dari, a/k/a Boo Boo, telephonically approximately 20 times from on or about November 22, 2021, up to and including January 13, 2022. During one conversation reviewed by the probation officer, the defendant is heard discussing information pertaining to the case.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa | /s/ Scott Plaster |
| Julie W. Rosa | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: January 21, 2022 |

**Tamara Delilah Richardson**
**Docket No. 5:21-CR-394-4D**
**Petition for Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on January 23, 2022. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge