UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-394-4-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAMARA DELILAH RICHARDSON | ORDER TO SEAL |

On motion of the Defendant, Tamara Delilah Richardson, and for good cause shown, it is hereby ORDERED that the **[DE 644]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 1st day of June, 2022.

JAMES C. DEVER III
United States District Judge