ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tamara Delilah Richardson             Docket No. 5:21-CR-394-4D

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED
Hearing Requested

    COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tamara Delilah Richardson, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 5th day of November, 2021.

    On February 1, 2022, the defendant appeared before the court for a bond hearing after the defendant was charged with two counts of Driving While License Revoked, two counts of Speeding, and one count each of Reckless Driving and Expired Registration Card/Tag. Additionally, the defendant engaged in telephone contact with a codefendant in her case. The defendant was continued on pretrial release with a warning from the court that additional violations could result in a revocation of her pretrial release supervision.

    The defendant appeared before Robert T. Numbers, II, U.S. Magistrate Judge, for arraignment on the 9th day of March, 2022, and entered a plea of guilty to the offense of Conspiracy to Commit Cigarette Trafficking. Supervision was continued under the existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 19, 2022, the defendant was stopped for Speeding in Forsyth County, North Carolina. She was then arrested on an outstanding warrant for failing to appear for court in Duplin County, North Carolina for the offenses of Reckless Driving, Driving While License Revoked and Speeding (22CR700169). The defendant was not charged with a new traffic offense.

On May 29, 2022, the defendant committed the offenses of Driving While License Revoked and Speeding in Montgomery County, North Carolina (22CR701724). She reported her law enforcement contact to the probation officer, explaining that she was "just driving around" and wanted to get out of the house.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Tamara Delilah Richardson
Docket No. 5:21-CR-394-4D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: June 2, 2022

## ORDER OF THE COURT

Considered and ordered on June 2, 2022 . It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge