UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-394-4-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TAMARA DELILAH RICHARDSON | |

On motion of the Defendant, Tamara Delilah Richardson, and for good cause shown, it is hereby ORDERED that the motion filed at **DE 760** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 29 day of August, 2022.

JAMES C. DEVER III
United States District Judge